FRANCES ARMSTRONG et al., Appellants, against RICHARD C. MONTGOMERY, Successor to WILLIAM A. SCHUBERT, as Comptroller of the City of Yonkers, et al., Respondents.

Submitted October 4, 1943; decided October 14, 1943.

*Richard H. Levet* for motion.

*Paul L. Bleakley, Corporation Counsel (J. Raymond Hannon* of counsel), opposed.

Motion dismissed, without costs, on the ground that the application was not made within the time specified in section 592, subdivision 3, of the Civil Practice Act. (*Pollak* v. *Port Morris Bank*, 257 N. Y. 287, 288; *Low* v. *Bankers Trust Co.*, 265 N Y. 264, 265; *Metropolitan Casualty Ins. Co.* v. *Public Nat. Bank & Trust Co.*, 262 N. Y. 614.)